New York Title Insurance Company, Respondent, v. Louise Gerdes, Appellant, and "John" Gerdes, etc., Defendant.— In an action to foreclose a mortgage, judgment of foreclosure and sale and dismissing the appellant's counterclaim or offset of certain mortgage certificates held by her affirmed, with costs. There was ample proof to justify a determination that the assignments were made after March 15, 1933, and, therefore, no basis existed for a set-off under section 420 of the Insurance Law. Lazansky, P. J., Carswell and Taylor, JJ., concur; Young and Johnston, JJ., dissent and vote for reversal and the direction of judgment for the appellant, allowing her counterclaim as an offset to the extent of the amount due on the bond and mortgage in question and dismissing the complaint, being of opinion that the appellant is entitled, under section 420 of the Insurance Law, to offset her claim upon the mortgage certificates held by her against the amount due on the mortgage.

The People of the State of New York, Respondent, v. James Faringo, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crime of grand larceny in the first degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

The People of the State of New York, Respondent, v. Barney Scola, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crime of grand larceny in the first degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Julius Sakolsky and Henry Sakolsky, Copartners, Doing Business under the Name of J. & H. Sakolsky, Appellants, v. Columbia Panel Manufacturing Company, Respondent.— In an action based upon breach of an employment contract, order granting defendant's motion to vacate a warrant of attachment because of failure to set forth evidentiary facts showing a basis for computation of damages affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.